UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY SLOAN, | ) |
|       Plaintiff, | ) |
| vs. | ) Case No. 4:11CV01083 AGF (TIA) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|       Defendant. | ) |

## MEMORANDUM AND ORDER

Currently before the Court is the Report and Recommendation of United States Magistrate Judge Terry I. Adelman to whom this matter was referred for recommended disposition pursuant to 28 U.S.C. § 636(b). On May 30, 2012, Magistrate Judge Adelman filed his recommendation that the decision of the Commissioner be affirmed. Neither party has filed an objection to the recommendation.

Upon careful consideration of the Report and Recommendation and the record in this case, the Court concurs with the well-reasoned recommendation of the Magistrate Judge that the Commissioner's decision should be affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein. (Doc. No. 16.)

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**.

A separate Judgment shall accompany this Memorandum and Order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 25th day of June, 2012.